ARNOLD & PORTER LLP
MAURICE A. LEITER (State Bar No. 123732)
maury.leiter@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone:  +1 213.243.4000
Facsimile:  +1 213.243.4199

ARNOLD & PORTER LLP
MICHAEL J. BAKER (State Bar No. 56492)
michael.baker@aporter.com
SHARON D. MAYO (State Bar No. 150469)
sharon.mayo@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:  +1 415.471.3100
Facsimile:  +1 415.471.3400

*Attorneys for Defendant Bristol-Myers Squibb Company*

[Additional Counsel Listed At Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIE CADDELL *et al.*,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, MCKESSON CORPORATION, and DOES 1 to 100,<br><br>　　　　　Defendants. | No. 14-3482 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION PENDING TRANSFER TO THE PLAVIX® MDL**<br><br>Judge:  Hon. Richard Seeborg |

STIP. AND [PROPOSED] ORDER TO STAY LITIG. PENDING TRANSFER TO MDL　　　NO. 14-3482 RS

This Joint Stipulation is made by and between Plaintiffs in *Caddell et al. v. Bristol-Myers Squibb Co. et al.*, No. CV-14-3482 RS (N.D. Cal.), and Defendant Bristol-Myers Squibb Company ("BMS") (collectively "the Parties"), by and through the undersigned counsel of record, with reference to the following facts:

1. WHEREAS, on February 12, 2013, the Judicial Panel on Multidistrict Litigation ("JPML") established a multidistrict Plavix® litigation in the District of New Jersey, assigned to Judge Freda Wolfson;

2. WHEREAS, on July 31, 2014, Plaintiffs filed the *Caddell* action in the Superior Court of California, San Francisco County;

3. WHEREAS, on August 1, 2014, the *Caddell* action was removed to this Court by Defendant BMS;

4. WHEREAS, on August 12, 2014, Defendant BMS tagged this case for transfer to the Plavix® MDL and anticipates that the JPML will issue a conditional transfer order for this case soon; and

5. WHEREAS, the parties agree that the *Caddell* action should be stayed pending its anticipated transfer to the Plavix® MDL in the District of New Jersey.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the *Caddell* action should be stayed pending its anticipated transfer to the Plavix® MDL in the District of New Jersey.

**IT IS SO STIPULATED.**

Dated: August 15, 2014

Joshua C. Ezrin
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105

Daniel C. Burke
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, New York 11050

By:   */s/ Joshua C. Ezrin*_____
         Joshua C. Ezrin

*Attorney for Plaintiffs*

Dated: August 15, 2014

ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

By:   */s/ Sharon D. Mayo*
         Sharon D. Mayo

*Attorney for Defendant*
*Bristol-Myers Squibb Company*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 8/18/14

_____
Judge Richard Seeborg
U.S. District Judge